An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

EDWARD BOECHAT,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 65278

**FILED**

JUL 2 2 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER OF AFFIRMANCE*

This is an appeal from a judgment of conviction, pursuant to a guilty plea, of felon in possession of an electronic stun device. Second Judicial District Court, Washoe County; Elliott A. Sattler, Judge.

Appellant Edward Boechat contends that the district court abused its discretion by sentencing him to a prison term of 24 to 60 months without explaining its reasons for the sentence.[1] We disagree. The district court is afforded wide discretion in its sentencing decision, *see Houk v. State*, 103 Nev. 659, 664, 747 P.2d 1376, 1379 (1987), and absent reliance on impalpable or highly suspect evidence, we will not interfere with the court's imposition of a sentence within statutory guidelines. *See Silks v. State*, 92 Nev. 91, 94, 545 P.2d 1159, 1161 (1976). Boechat does not argue that his sentence falls outside the statutory parameters, *see* NRS 202.357(5)(a), or that the district court relied on impalpable or highly suspect evidence. As to his contention that the failure to articulate

---

[1]Pursuant to negotiations, the State agreed to recommend a term of 24 to 60 months and to not pursue other charges or enhancements.

SUPREME COURT
OF
NEVADA

(O) 1947A

14-23773

reasons for the sentence demonstrates an abuse of discretion, we decline to impose such a requirement upon the district court. *See Campbell v. Eighth Judicial Dist. Court*, 114 Nev. 410, 414, 957 P.2d 1141, 1143 (1998). Accordingly, we

ORDER the judgment of conviction AFFIRMED.



_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Saitta

cc:   Hon. Elliott A. Sattler, District Judge
      Washoe County Public Defender
      Attorney General/Carson City
      Washoe County District Attorney
      Washoe District Court Clerk